**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**THE ESTATE OF CHRISTOPHER KELLEY and JORDI KELLEY,**

***Plaintiffs*,**

**v.** **Case No.: 5:26cv58-MW/MJF**

**CORNELIO HUNT,**

***Defendant*.**

**_____________________________/**

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 41, and has also reviewed *de novo* Defendant's objections, ECF No. 42. As noted in the report and recommendation, Defendant has failed to carry his burden of establishing diversity of citizenship to justify removal of this action to federal court. Although Defendant objects to the Magistrate Judge's characterization of some of the evidence submitted at the evidentiary hearing on August 27, 2026, and the Magistrate Judge's omission regarding the Tennessee driver's license that Defendant submitted as evidence, these objections do not persuade this Court that the totality of circumstances demonstrate that Defendant is domiciled in Tennessee. For one, the objections fail to address Defendant's evasive testimony at the evidentiary hearing, which the Magistrate Judge outlines in great detail. Nor do these objections undermine the facts that Defendant owns real

property in Florida, registered a vehicle in Florida, and had several sworn or notarized statements submitted to the court in other proceedings that either denied his residency in Tennessee or otherwise suggested that Defendant has resided in Florida for some time and intends to continue doing so.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 41, is **accepted and adopted**, over the Defendant's objections, as this Court's opinion. Plaintiffs' supplemental motion to remand, ECF No. 37, is **GRANTED**. Plaintiffs' original motion to remand, ECF No. 6, is **DENIED as moot** since the supplemental motion is granted. Defendant's pending motions, ECF Nos. 8 and 11, are **DENIED as moot.** The Clerk shall take all steps necessary to **REMAND** this case to the Circuit Court of the Fourteenth Judicial Circuit in and for Washington, County, Florida, and close the file.

**SO ORDERED on September 29, 2026.**

**s/Mark E. Walker**
**United States District Judge**